CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:25−mj−00015−JFD−1

| | |
|---|---|
| Case title: USA v. Frison | Date Filed: 01/10/2025 |
| | Date Terminated: 01/10/2025 |

Assigned to: Magistrate Judge John F. Docherty

**Defendant (1)**

| | | |
|---|---|---|
| **Justiana Frison**<br>*TERMINATED: 01/10/2025* | represented by | **Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1)(A)(vi); 18:2 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael Patrick McBride**<br>DOJ−USAO<br>300 South Fourth Street<br>Ste 600<br>Minneapolis, MN 55415<br>612−508−9732<br>Email: michael.mcbride@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2025 | | Arrest (Rule 5) of Justiana Frison. (LEG) (Entered: 01/10/2025) |
| 01/10/2025 | 1 | Minute Entry for proceedings held before Magistrate Judge John F. Docherty: Initial Appearance in Rule 5(c) (3) Proceedings as to Justiana Frison held on 1/10/2025. Charges from the District of North Dakota. Counsel to be appointed. Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release. Government moves to unseal the case as to this defendant – Granted. Removal hearing waived – Order to be issued. (Digital Recording) (LEG) (Entered: 01/10/2025) |
| 01/10/2025 | 2 | ORDER Setting Conditions of Release as to Justiana Frison. Signed by Magistrate Judge John F. Docherty on 1/10/2025. (LEG) (Entered: 01/10/2025) |
| 01/10/2025 | 3 | Personal Recognizance Bond Entered as to Justiana Frison. Signed by Magistrate Judge John F. Docherty on 1/10/2025. (LEG) (Entered: 01/10/2025) |
| 01/10/2025 | 4 | ORDER OF REMOVAL to District of North Dakota as to Justiana Frison. Signed by Magistrate Judge John F. Docherty on 1/10/2025. (LEG) (Entered: 01/10/2025) |
| 01/10/2025 | 5 | Notice to North Dakota of a Rule 5 as to Justiana Frison. Your case number is: 3:25−cr−7 PDW. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (LEG) (Entered: 01/10/2025) |
| 01/10/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE for Justiana Frison. (Becker, James) (Entered: 01/10/2025) |
| 01/10/2025 | 7 | Brady Obligation Order as to Justiana Frison. Signed by Magistrate Judge John F. Docherty on 1/10/2025.(NAH) (Entered: 01/10/2025) |
| 01/10/2025 | 9 | Notice to North Dakota of a Rule 5 as to Justiana Frison. Your case number is: 3:25−cr−7 PDW. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (NAH) (Entered: 01/10/2025) |