# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Seth Alan Plummer, )<br>)<br>Defendant. ) | Case No. 3:25-cr-7<br><br>**ORDER REVOKING<br>PRETRIAL RELEASE AND FOR<br>DETENTION PENDING TRIAL** |

An April 11, 2025 petition charged Seth Alan Plummer with violating an Order Setting Conditions of Release by not reporting for substance abuse testing, admitting to use of a prohibited substance on March 10, 2025, and testing positive for multiple prohibited substances on March 25, 2025. During a June 16, 2025 initial appearance on the petition, Plummer admitted to the violations. The United States requested he be detained pending further proceedings, though indicated it might not object to Plummer's release to a residential substance abuse treatment program.

Based on his admissions, pursuant to 18 U.S.C. § 3148, the court finds clear and convincing evidence Plummer violated conditions of pretrial release. The court further finds no currently available condition or combination of conditions of release would reasonably assure Plummer's appearance at future proceedings. The court would, however, consider release to a residential treatment program if Plummer were to make satisfactory arrangements to enter an appropriate program.

Plummer is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Plummer shall be afforded a reasonable opportunity for private

consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Plummer to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED**.

Dated this 16th day of June, 2025.

/s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge